**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**GLORIA J. KERSEY,**

      Plaintiff,

v.                               **CASE NO. 3:06-cv-840-J-16TEM**

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

      Defendant.
_____/

## O R D E R

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed August 22, 2007 (Doc. #8). No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that the Motion (Doc #5) is **GRANTED** and this case is **DISMISSED**. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 14th day of September, 2007.

Copies to:
    Counsel of record
    Pro Se Parties

JOHN H. MOORE II
United States District Judge